

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-21-00220-CV**

**IN RE JOY'E HUDSON**

**Original Proceeding**

**From the 170th District Court**
**McLennan County, Texas**
**Trial Court No. 2019-1911-4**

**MEMORANDUM OPINION**

Relator's Petition for Writ of Mandamus, filed on September 3, 2021, is denied.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Petition denied
Opinion delivered and filed September 15, 2021
[OT06]

